[No. 45820-9-II.   Division Two.   February 18, 2015.]

KIM TOSCH, *Appellant*, v. YWCA PIERCE COUNTY, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 12-2-15659-5, Kevin D. Hull, J. Pro Tem., entered December 31, 2014. *Reversed* and *remanded* by unpublished opinion per Sutton, J., concurred in by Johanson, C.J., and Maxa, J.